[No. 21081-9-II.    Division Two.    March 6, 1998.]

VANPORT MANUFACTURING, INC., *Respondent*, v.
WASHINGTON STATE SHORELINES HEARINGS BOARD, ET AL.,
*Defendants*, THE CITY OF CAMAS, *Respondent*, CLARK
COUNTY CITIZENS IN ACTION, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 94-2-02006-1, Richard C. Hicks, J., entered July 29, 1996. *Reversed* by unpublished opinion per Bridgewater, A.C.J., concurred in by Seinfeld and Hunt, JJ.


[No. 21280-3-II.    Division Two.    March 6, 1998.]

JAMES L. SLAUGHTER, ET AL., *Appellants*, v. MINERAL
TECHNOLOGIES, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 95-2-11969-2, Terry D. Sebring, J., entered October 11, 1996. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton, C.J., and Hunt, J.


[No. 21338-9-II.    Division Two.    March 6, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. GARY ELLIS
CASTERLOW-BEY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 91-1-03341-4, Waldo F. Stone, J., entered October 9, 1996. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Bridgewater, A.C.J., and Hunt, J.


[No. 21341-9-II.    Division Two.    March 6, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANK
CHESTER EARL, SR., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-1-01672-3, Donald H. Thompson, J., entered October 8, 1996. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Bridgewater, A.C.J., and Seinfeld, J.